PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
MICHAEL J. SONGER
Special Litigation Counsel
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-207 TWR |
|---|---|
| Plaintiff, | |
| v. | VERDICT FORM |
| J. DESHAWN TORRENCE, | |
| Defendant. | |

WE, THE JURY, UNANIMOUSLY FIND THE DEFENDANT, J. DESHAWN TORRENCE, AS FOLLOWS:

AS TO COUNT ONE OF THE INDICTMENT:

<u>GUILTY</u>          <u>NOT GUILTY</u>

DEPRIVATION OF RIGHTS UNDER COLOR OF LAW AS TO VICTIM B.G.

_____          _____

1

IF YOU FIND THE DEFENDANT GUILTY OF COUNT ONE, ANSWER THE FOLLOWING QUESTION AND THEN PROCEED TO COUNT TWO.  IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT ONE, PROCEED DIRECTLY TO COUNT TWO.

WE, THE JURY, HAVING FOUND THE DEFENDANT GUILTY OF COUNT ONE, FURTHER FIND THE OFFENSE INCLUDED KIDNAPPING:

    Yes _____             No _____

    AS TO COUNT TWO OF THE INDICTMENT:

GUILTY        NOT GUILTY

_____    _____    DEPRIVATION OF RIGHTS UNDER COLOR OF LAW AS TO VICTIM M.C.G.

IF YOU FIND THE DEFENDANT GUILTY OF COUNT TWO, ANSWER EACH THE FOLLOWING QUESTIONS AND THEN PROCEED TO COUNT THREE.  IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT TWO, PROCEED DIRECTLY TO COUNT THREE.

WE, THE JURY, HAVING FOUND THE DEFENDANT GUILTY OF COUNT TWO, FURTHER FIND THE OFFENSE RESULTED IN BODILY INJURY TO M.C.G.:

    Yes _____             No _____

WE, THE JURY, HAVING FOUND THE DEFENDANT GUILTY OF COUNT TWO, FURTHER FIND THE OFFENSE INCLUDED AGGRAVATED SEXUAL ABUSE:

    Yes _____             No _____

    AS TO COUNT THREE OF THE INDICTMENT:

GUILTY        NOT GUILTY

_____    _____    DEPRIVATION OF RIGHTS UNDER COLOR OF LAW AS TO VICTIM M.C.G.

IF YOU FIND THE DEFENDANT GUILTY OF COUNT THREE, ANSWER THE FOLLOWING QUESTION AND THEN PROCEED TO COUNT FOUR.  IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT THREE, PROCEED DIRECTLY TO COUNT FOUR.

WE, THE JURY, HAVING FOUND THE DEFENDANT GUILTY OF COUNT THREE, FURTHER FIND THE OFFENSE INCLUDED AGGRAVATED SEXUAL ABUSE:

    Yes _____             No _____

AS TO COUNT FOUR OF THE INDICTMENT:

<u>GUILTY</u>        <u>NOT GUILTY</u>

_____    _____    DEPRIVATION OF RIGHTS UNDER COLOR OF LAW AS TO VICTIM M.C.G.

AS TO COUNT FIVE OF THE INDICTMENT:

<u>GUILTY</u>        <u>NOT GUILTY</u>

_____    _____    DEPRIVATION OF RIGHTS UNDER COLOR OF LAW AS TO VICTIM M.C.G.

IF YOU FIND THE DEFENDANT GUILTY OF COUNT FIVE, ANSWER THE FOLLOWING QUESTION AND THEN PROCEED TO COUNT SIX. IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT FIVE, PROCEED DIRECTLY TO COUNT SIX.

WE, THE JURY, HAVING FOUND THE DEFENDANT GUILTY OF COUNT TWO, FURTHER FIND THE OFFENSE RESULTED IN BODILY INJURY TO M.C.G.:

Yes _____        No _____

AS TO COUNT SIX OF THE INDICTMENT:

<u>GUILTY</u>        <u>NOT GUILTY</u>

_____    _____    DEPRIVATION OF RIGHTS UNDER COLOR OF LAW AS TO VICTIM L.S.

IF YOU FIND THE DEFENDANT GUILTY OF COUNT SIX, ANSWER THE FOLLOWING QUESTION AND THEN PROCEED TO COUNT SEVEN. IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT SIX, PROCEED DIRECTLY TO COUNT SEVEN.

WE, THE JURY, HAVING FOUND THE DEFENDANT GUILTY OF COUNT SIX, FURTHER FIND THE OFFENSE INCLUDED ATTEMPTED AGGRAVATED SEXUAL ABUSE:

Yes _____        No _____

AS TO COUNT SEVEN OF THE INDICTMENT:

<u>GUILTY</u>      <u>NOT GUILTY</u>

_____      _____      DEPRIVATION OF RIGHTS UNDER COLOR OF LAW AS TO VICTIM S.W.

AS TO COUNT EIGHT OF THE INDICTMENT:

<u>GUILTY</u>      <u>NOT GUILTY</u>

_____      _____      DEPRIVATION OF RIGHTS UNDER COLOR OF LAW AS TO VICTIM S.W.

AS TO COUNT NINE OF THE INDICTMENT:

<u>GUILTY</u>      <u>NOT GUILTY</u>

_____      _____      DEPRIVATION OF RIGHTS UNDER COLOR OF LAW AS TO VICTIM S.W.

IF YOU FIND THE DEFENDANT GUILTY OF COUNT NINE, ANSWER THE FOLLOWING QUESTION.

WE, THE JURY, HAVING FOUND THE DEFENDANT GUILTY OF COUNT NINE, FURTHER FIND THE OFFENSE INCLUDED ATTEMPTED AGGRAVATED SEXUAL ABUSE:

Yes _____          No _____

_____          _____
DATED                           FOREPERSON

VERDICT FORM                                4