1  MICHELE A. BECKWITH
   Acting United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA  93721
4
   KRISTEN CLARKE
5  Assistant Attorney General
   Civil Rights Division
6  MICHAEL J. SONGER
   Special Litigation Counsel
7  Criminal Section, Civil Rights Division
   United States Department of Justice
8
   Attorneys for Plaintiff
9  United States of America

10              IN THE UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,          CASE NO.  1:22-CR-00207 TWR-SKO

14                    Plaintiff,       GOVERNMENT'S EXHIBIT LIST

15          v.                         DATE: January 14, 2025
                                       TIME: 8:30 a.m.
16  J. DESHAWN TORRENCE,               COURT: Hon. Todd W. Robinson

17                    Defendant.

18

19       The United States, by and through its undersigned counsel, hereby submits the following list of

20  exhibits it intends to introduce in its case-in-chief:

21

22

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
|  | **BG Evidence** |  |  |  |
| 1-a | Photo of area of assault of BG | 80450 |  |  |
| 1-b | Photo of area of assault of BG | 80451 |  |  |
| 1-c | Photo of area of assault of BG | 80452 |  |  |

28

GOVERNMENT'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 1-d | Google map satellite overview of area of assault of BG | 80446 | | |
| 1-e | Google map satellite overview of area of assault of BG | 80448 | | |
| 1-f | Google map of Sanger and Centerville | 86729 | | |
| 1-g | Google image of Sanger cemetery | 86939 | | |
| 1-h | Google image of Centerville Elementary School | 86940 | | |
| 1-i | BG photo | | | |
| | **MCG Evidence** | | | |
| 2-a | MCG photo | | | |
| 2-b | SPD Officer Guillen report of MCG statement | 77109-12 | | |
| 2-c | SPD Officer Guillen BWC footage #1 from police vehicle | 77122 | | |
| 2-d | SPD Officer Guillen BWC footage #2 from police vehicle | 77121 | | |
| 2-e | SPD Officer Guillen BWC footage #3 at SPD | 77123 | | |
| 2-f | Still shot of MCG's phone contact | 77175 | | |
| 2-g | Photograph of defendant | 77173 | | |
| 2-h | Photograph of defendant | 77174 | | |
| 2-i | MCG handwritten notes | 74072-76 | | |
| 2-j | Aerial photograph of MCG's Residence | 87736 | | |
| | **LS Evidence** | | | |
| 3-a | Leticia Tovar's audio and video recording of statement (7-8-21) | 376 | | |
| 3-b | LS's audio and video recording of statement (7-8-21) | 288 | | |

| | | | | |
|---|---|---|---|---|
| 3-c | Defendant's BWC of Jade Hernandez's statements (6-11-2020) | 79834 | | |
| 3-d | Google map of LS residence | | | |
| 3-e | Intentionally left blank | | | |
| 3-f | LS photo | | | |
| | **SW Evidence** | | | |
| 4-a | SPD Report 180001007 | 49359-67 | | |
| 4-b | Photo of SW taken by defendant | 76810 | | |
| 4-c | Photo of SW taken by defendant | 76814 | | |
| 4-d | Photo of SW taken by defendant | 76815 | | |
| 4-e | Photo of SW's bathroom taken by defendant | 76817 | | |
| 4-f | Defendant's first recording of 2/28/18 incident | 76853 | | |
| 4-g | Excerpt of defendant's second recording of 2/28/18 incident | 76854 | | |
| 4-h | SW notes | 433-37 | | |
| 4-i | Excerpt of Theo Ledbetter recording | 51523 | | |
| 4-j | SW 3/25/18 complaint to SPD | 86739-44 | | |
| 4-k | SW's phone logs and photo | 76844-46 | | |
| 4-l | SW photo of discarded cigarette package | 51360 | | |
| 4-m | SW Photo | | | |
| 4-n | SW Timeline | | | |
| 4-o | SW text to sister | 51298 | | |
| | **Sanger PD (SPD) Evidence** | | | |
| 5-a | 2016 SPD Policy 702.6(e) re: Personal Communication Device | 84853 | | |

| | | | | |
|---|---|---|---|---|
| 5-b | 2016 SPD Policy 810.5.1 re: Collection of Digital Evidence | 84889 | | |
| 5-c | 2016 SPD Policy 320.4(e) re: Domestic Violence | 84518-19 | | |
| 5-d | 2016 SPD Policy 340.5 re: Causes for Discipline | 84576-84581 | | |
| 5-e | 2019 SPD Policy 808.9 re: Penalties for Misuse of Records | 85500 | | |
| 5-f | SPD Policy 350.2.2 re: Selection and Appointment of Police Reserve Officers | 84596 | | |
| 5-g | SPD Policy 104.1.1 re: Oath of Office | 85025 | | |
| 5-h | Defendant's red camera found in SPD locker | [physical evidence] | | |
| 5-i | SD card for red camera found in SPD locker | [physical evidence] | | |
| 5-j | Defendant's acknowledgement of 2016 SPD policy | 86807 | | |
| 5-k | SPD equipment roster | 86789 | | |
| 5-l | Defendant's first day of work (payroll) (3/28/16) | 83270 | | |
| 5-m | Index of photos submitted with SW domestic violence report | | | |
| | **Fresno County SO (FSO) Evidence** | | | |
| 6-a | Defendant's blue Apple iPhone | [physical evidence] | | |
| 6-b | FBI Forensic Examiner Garcia Lomeli's 902(13) certificate re: extraction of contents of Defendant's blue Apple iPhone | 86315-16 | | |
| 6-c | FBI Cellebrite examination showing assignment of telephone number 559-931-3568 to blue Apple iPhone | 86808-11 | | |
| 6-d | 8/15/2022  recording of call by defendant | 80649 | | |

GOVERNMENT'S EXHIBIT LIST

4

| | | | | |
|---|---|---|---|---|
| 6-e | 9/27/2022 recording of call by defendant | 80649 | | |
| 6-f | 9/27/2022 recording of call by defendant | 80649 | | |
| 6-g | 11/12/2022 recording of defendant= | 80649 | | |
| 6-h | 3/11/2023 recording of defendant | 80649 | | |
| 6-i | FSO 7-15-21 audio recording of SW identifying defendant | 26810 | | |
| 6-j | Defendant's unit history, CLETS data, CLETS warrant search for 10/18/17 | 86788 | | |
| 6-k | Incident details for 10/18/17 | 86853-54 | | |
| 6-l | LS voicemail | 87740 | | |
| 6-m | Defendant's unit history for 10/18/17 | 86788 | | |
| | **Business Records** | | | |
| 7-a | T-Mobile subscriber info for defendant's phone 559-931-3568 | 53661 | | |
| 7-b | T-Mobile records for defendant's phone 559-931-3568for bill close date 11/26/17 | 78934-78981 | | |
| 7-c | T-Mobile records for defendant's phone 559-931-3568  for bill close date 12/26/17 | 78780-78815 | | |
| 7-d | T-Mobile records for defendant's phone 559-931-358  for bill close date 1/26/18 | 78982-79020 | | |
| 7-e | T-Mobile records from 2/27/18-3/26/18 for defendant's phone 559-931-3568 | 78520-49 | | |
| 7-f | T-Mobile records for defendant's phone 559-931-3568 | 52283-52331, 74307-11, 77360 | | |
| 7-g | Chart:  Phone contacts with MCG | 86736 | | |

| 7-h | Chart: Phone contacts with LS | 86735 | | |
|---|---|---|---|---|
| 7-i | Chart: Phone contacts with SW | 86737 | | |
| 7-j | Redacted Apple iCloud record (10/19/17, 12:41 a.m.) of photo of MCG information from SPD Mobile Data Terminal (MDT) | 86715 | | |
| 7-k | Redacted Apple iCloud record (1/25/17) of photo of photo of H.M. on her phone | 86723 | | |
| 7-l | Redacted Apple iCloud record (1/25/17) of photo of photo of H.M. on her phone | 86724 | | |
| 7-m | T-Mobile Sanger cell tower chart | 87737 | | |
| | **FBI Evidence** | | | |
| 8-a | Graphic comparison of numerical sequence | 86812 | | |
| 8-b | Graphic comparison of IMG_2824 and photo from SD card | 86813 | | |
| 8-c | Photo of red camera (front) | 81268 | | |
| | **Miscellaneous** | | | |
| 9-a | Road Map | | | |
| 9-b | Earth Map | | | |
| 9-c | Defendant's CA DMV Info (as of 7/6/21) | 489 | | |

1    Dated:  January 13, 2025

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MICHELE A. BECKWITH
Acting United States Attorney


By:  /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney


KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

By:   /s/ MICHAEL J. SONGER
MICHAEL J. SONGER
Trial Attorney