MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

KATHLEEN WOLFE
Deputy Assistant Attorney General
Civil Rights Division
MICHAEL J. SONGER
Special Litigation Counsel
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>J. DESHAWN TORRENCE,<br><br>Defendant. | No. 1:22-CR-207-JLT-SKO<br><br>JOINT MOTION FOR REDACTIONS OF TRIAL TRANSCRIPT AND PROPOSED ORDER |

Plaintiff United States of America, by and through its counsel of record, hereby submits this joint motion to redact from any trial transcripts the following sensitive information:

1. Birthdates of any children referenced at trial;

2. Names of victims and their juvenile children with the following initials:

   a. SW, aka SL

      b.  MCG, aka MG

      c.  SR

      d.  BG

      e.  LS

      f.  LS's daughter named ST.

Dated: January 27, 2025                              Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

 /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

KATHLEEN WOLFE
Deputy Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

 /s/ Michael J. Songer
MICHAEL J. SONGER
Special Litigation Counsel
Civil Rights Division


/s Roger Wilson
ROGER WILSON
Counsel for Defendant J. Deshawn Torrence

**O R D E R**

It is so ordered.

Dated:                                          _____
                                                   TODD W. ROBINSON
                                                   U.S. District Judge